UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dennis Arnold Granlund,

Plaintiff,

v.

Northwest Airlines, Inc.
Air Line Pilots Association, Int'l,

Defendants.

Civil File No. 01-969 (MJD/JGL)

**ORDER**

The above matter came before the undersigned on the motion of Defendant Northwest Airlines, Inc. for an extension of time to file its reply memorandum of law in support of its motion to dismiss. Based upon all of the files, records, pleadings, and proceedings herein, and the arguments presented by counsel for Defendant Northwest Airlines, Inc. in its letter dated Monday, October 22, 2001, and being duly advised in the premises,

**IT IS HEREBY ORDERED** that:

1. Defendant Northwest Airlines, Inc.'s motion for an extension of time to file its reply memorandum of law in support of its motion to dismiss is **GRANTED**; and

2. In the event that Plaintiff's memorandum of law in opposition to Northwest's motion to dismiss is received by counsel for Northwest after noon on Tuesday, November 20, 2001, Northwest shall have until Wednesday, November 28 at noon to file its reply memorandum in support of its motion to dismiss.

Dated: Oct. 29, 2001

The Honorable Michael J. Davis
United States Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD