#253336

# UNITED STATES DISTRICT COURT
## District of Minnesota

Case Number: 01-969 (MJD/JGL)

## PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, **Robert V. Atmore,** an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice **Marta Wagner**, attorney admitted to practice in the ________________ District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff ( **X** ) defendant **Air Line Pilots Association, Int'l**, in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case, and that I accept service of all papers served.

10/30/01
(Date)

Robert V. Atmore
(Signature)

Robert V. Atmore, Attorney
License Number: 3438

Law Firm: LINDQUIST & VENNUM, P.L.L.P.
Suite/Bldg: 4200 IDS Center
Street Address: 80 South Eighth Street
City State Zip: Minneapolis, MN 55402-2205
Telephone: (612) 371-3276

Affidavit of Proposed Admittee

I, **Marta Wagner**, am currently a member in good standing of the U.S. District Court for the ____________ District of Columbia, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-969 (MJD/JGL) Judge Assigned: Michael J. Davis
Case Title: Dennis Arnold Granlund vs. Northwest Airlines, Air line Pilots Association, Int'l

9/25/01
(Date)

Marta Wagner
(Type/Print Name)

Marta Wagner
(Signature)

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
(Social Security No.)

D.C. Bar #445453
(Atty. License No.)

11/6/95
(Date of Admission)

Law Firm: Air Line Pilots Association, International
Suite/Bldg: Legal Department
Street Address: 535 Herndon Parkway
City State Zip: Herndon, Virginia 02170
Telephone: (703) 481-2425

Motion Granted:
For The Court,

Richard D. Sletten, Clerk

NOV 01 2001
(Date)

FILED NOV 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________