# 253336

UNITED STATES DISTRICT COURT
District of Minnesota

Case Number: 01-969 (MJD/JGL)

## PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, **Robert V. Atmore,** an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice **Elizabeth Ginsburg**, attorney admitted to practice in the ________ District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff ( X ) defendant **Air Line Pilots Association, Int'l**, in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case, and that I accept service of all papers served.

10/30/01 (Date)

[signature] (Signature)

Robert V. Atmore, Attorney
License Number: 3438

Law Firm: LINDQUIST & VENNUM, P.L.L.P.
Suite/Bldg: 4200 IDS Center
Street Address: 80 South Eighth Street
City State Zip: Minneapolis, MN 55402-2205
Telephone: (612) 371-3276

Affidavit of Proposed Admittee

I, **Elizabeth Ginsburg**, am currently a member in good standing of the U.S. District Court for the ________ District of Columbia, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-969 (MJD/JGL) Judge Assigned: Michael J. Davis
Case Title: Dennis Arnold Granlund vs. Northwest Airlines, Air line Pilots Association, Int'l

10/29/01 (Date)

Elizabeth Ginsburg (Type/Print Name)

[signature] (Signature)

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 (Social Security No.)

DC Bar No. 397038 (Atty. License No.)

3/5/86 (Date of Admission)

Law Firm: Air Line Pilots Association, International
Suite/Bldg: 8th Floor
Street Address: 1625 Massachusetts Ave., N.W.
City State Zip: Washington, D.C. 20036
Telephone: (202) 797-4081

Motion Granted:
For The Court,

[signature], Clerk

NOV 01 2001 (Date)

FILED NOV 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________