**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **DENNIS ARNOLD GRANLUND,** **Plaintiff,** v. **NORTHWEST AIRLINES, INC., and AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,** **Defendants.** | **Civil File No. 01-969 MJD/JGL** <br> <u>**ORDER**</u> |

The above matter came before the undersigned on the motion of Defendant Air Line Pilots Association, International ("ALPA") for an extension of time to file its reply memorandum of law in support of its motion to dismiss. Based upon all of the files, records, pleadings, and proceedings herein, and the arguments presented by counsel for Defendant ALPA in its letter dated Monday, November 5, 2001, and being duly advised in the premises,

**IT IS HEREBY ORDERED** that:

1. Defendant ALPA's motion for an extension of time to file its reply memorandum of law in support of its motion to dismiss is **GRANTED**; and

2. In the event that Plaintiff's memorandum of law in opposition to ALPA's motion to dismiss is received by counsel for ALPA after noon on Tuesday, November 20, 2001, ALPA shall have until Wednesday, November 28 at noon to file its reply memorandum in support of its motion to dismiss.

Dated: November 9, 2001

The Honorable Michael J. Davis
United States District Judge

NOV 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK