# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dennis Arnold Granlund,

Plaintiff.

Case No. Civil 01-969 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Northwest Airlines, Inc., and
Air Line Pilots Association,
International,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that Defendants' Motions to Dismiss are GRANTED.**

DATE: December 14, 2001

RICHARD D. SLETTEN, CLERK

E Knoblauch

E. Knoblauch, Deputy Clerk

20